UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TERRY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00305 |
| ) | |
| MCLANE FOODSERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #11]. The Court has reviewed the Joint Report and approves it as submitted.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #11] is approved as submitted.

This, the 19th day of May, 2020.

                                                                                 /s/ Joi Elizabeth Peake
                                                           United States Magistrate Judge